NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3120

TERESA C. CHAMBERS,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board in
consolidated case nos. DC1221040616-M-1 and DC0752040642-M-1.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The Department of the Interior moves for a 47-day extension of time, until August

31, 2009, to file its brief. Interior states that Teresa C. Chambers consents in part.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JUL 1 6 2009

_____
Date

cc:    Paula Dinerstein, Esq.
       Hillary A. Stern, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2009

JAN HORBALY
CLERK